963 A.2d 907

**James TURNER, Petitioner**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.**

No. 167 EM 2008.

Supreme Court of Pennsylvania.

Jan. 8, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of January, 2009, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**